IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XCOAL ENERGY & RESOURCES, ) <br> ) <br> Plaintiff, ) <br> ) C.A. No. 14-459-UNA <br> v. ) <br> ) <br> SOUTHERN COAL SALES ) <br> CORPORATION, A & G COAL ) <br> CORPORATION, VIRGINIA FUEL ) <br> CORPORATION, TAMS ) <br> MANAGEMENT, INC., BLACK RIVER ) <br> COAL, LLC, JUSTICE LOW SEAM ) <br> MINING, INC., SOUTHERN COAL ) <br> CORPORATION, and JAMES C. ) <br> JUSTICE, II, ) <br> ) <br> Defendants. ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO SEAL COMPLAINT AND EXHIBITS

Plaintiff, Xcoal Energy & Resources ("Plaintiff"), through its undersigned counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 5(e) and the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, to seal its Complaint and exhibits.[1]

Plaintiff's motion is necessitated by the fact that the Complaint contains confidential and proprietary information belonging to Plaintiff and Defendants, the public disclosure of which may be prohibited by agreement, court order or otherwise.

The attached proposed form of order contemplates Plaintiff will file a public version of the Complaint within seven (7) days of filing of the Defendants' Answer or other response to the Complaint pursuant to the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

---

[1] Plaintiff's Complaint was inadvertently filed publically on April 11, 2014. This motion seeks to seal the Complaint and exhibits that have been filed.

WHEREFORE, Plaintiff respectfully requests that the Court seal Plaintiff's Complaint and exhibits and maintain it under seal until seven (7) days following the filing of Defendants' Answer or response to the Complaint.

Respectfully submitted,

By: /s/Geoffrey G. Grivner
    Geoffrey G. Grivner (Del. Id. No. 4711)
    BUCHANAN INGERSOLL & ROONEY PC
    919 North Market Street, Suite 1500
    Wilmington, Delaware 19801-3046
    Telephone: (302) 522-4200
    Facsimile: (302) 522-4295
    Email: geoffrey.grivner@bipc.com

OF COUNSEL:
Bruce A. Americus
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
Email: bruce.americus@bipc.com

*Counsel for Plaintiff, Xcoal Energy & Resources*

DATED: April 14, 2014

## LOCAL RULE 7.1.1. CERTFICIATION

Counsel for Plaintiff has not conferred with counsel for Defendants prior to filing the foregoing motion because Defendants' counsel has not been confirmed. As contemplated in the Proposed Form of Order, with respect to this Motion and the filing of a public version of the Complaint, Plaintiff's counsel will meet and confer with the Defendants' counsel once they have been identified.

Dated: April 14, 2014                    BUCHANAN, INGERSOLL & ROONEY PC


                                         /s/ Geoffrey G. Grivner
                                         Geoffrey G. Grivner(#4711)