IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XCOAL ENERGY & RESOURCES, | ) |
| Plaintiff, | ) ) ) |
| | ) C.A. No. 14-459-UNA |
| v. | ) ) |
| SOUTHERN COAL SALES CORPORATION, A & G COAL CORPORATION, VIRGINIA FUEL CORPORATION, TAMS MANAGEMENT, INC., BLACK RIVER COAL, LLC, JUSTICE LOW SEAM MINING, INC., SOUTHERN COAL CORPORATION, and JAMES C. JUSTICE, II, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED this 14th day of April, 2014, that Plaintiff's Motion for Leave to Seal Complaint and Exhibits is GRANTED; and

IT IS HEREBY ORDERED that Plaintiff shall file a public version of the Complaint within seven (7) days of the filing of Defendants' Answer or other response to the Complaint as directed by the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

_____
UNITED STATES DISTRICT JUDGE