IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XCOAL ENERGY & RESOURCES,<br><br>        Plaintiff,<br><br>v.<br><br>SOUTHERN COAL SALES CORPORATION, A & G COAL CORPORATION, VIRGINIA FUEL CORPORATION, TAMS MANAGEMENT, INC., BLACK RIVER COAL, LLC, JUSTICE LOW SEAM MINING, INC., SOUTHERN COAL CORPORATION, and JAMES C. JUSTICE, II,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 14-CV-459-UNA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, Xcoal Energy & Resources, hereby certifies that there are no parent corporations, nor any publicly held corporations, owning ten percent or more of Xcoal Energy & Resources' stock.

Respectfully submitted,

By:   /s/Geoffrey G. Grivner
       Geoffrey G. Grivner (Del. Id. No. 4711)
       BUCHANAN INGERSOLL & ROONEY PC
       919 North Market Street, Suite 1500
       Wilmington, Delaware 19801-3046
       Telephone: (302) 522-4200
       Facsimile: (302) 522-4295
       Email: geoffrey.grivner@bipc.com

       OF COUNSEL:
       Bruce A. Americus
       BUCHANAN INGERSOLL & ROONEY PC
       One Oxford Centre, 20th Floor

301 Grant Street
Pittsburgh, PA  15219
Telephone:  (412) 562-8800
Facsimile:  (412) 562-1041
Email: bruce.americus@bipc.com

*Counsel for Plaintiff, Xcoal Energy & Resources*

DATED: April 14, 2014