**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| XCOAL ENERGY & RESOURCES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 14-CV-459-LPS |
| SOUTHERN COAL SALES CORPORATION, et al. | ) ) ) ) | |
| Defendants. | ) ) | |
| JAMES C. JUSTICE COMPANIES, INC., et al., | ) ) ) | |
| v. | ) ) | Case No. 1:15-CV-267-LPS |
| Plaintiffs, | ) ) | |
| XCOAL ENERGY & RESOURCES, et al. | ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

WHEREAS, a bench trial before this Honorable Court of the consolidated two above-captioned cases was conducted on May 15-19, 2017;

WHEREAS, the parties attended a mediation session in these cases before the Honorable Christopher J. Burke on August 3, 2017.  On the following day after further consultations with the Parties, Judge Burke confirmed that a settlement agreement in principle had been reached and that the Parties should prepare settlement documents;

WHEREAS, pursuant to agreed-upon and executed settlement documents (the "Settlement Documents"), the parties have resolved all claims asserted between them and no longer intend to pursue these actions; and

NOW THEREFORE, the undersigned parties hereby agree and stipulate, subject to the approval of the Court, to the dismissal of the above-captioned actions WITH PREJUDICE.  Each party shall bear their own fees and expenses; and

The undersigned parties hereby further agree and stipulate, subject to the approval of the Court, consistent with applicable authority, namely, *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375 (1994), that this Court shall retain continuing jurisdiction to resolve any controversy or claim arising out of or relating to the terms and conditions of the Settlement Documents, any party's performance or failure to perform thereunder, or any other claim or dispute arising out of or resulting from the Settlement Documents or relating to the propriety of the conduct of the parties with respect to the Settlement Documents.

| Counsel of Record: | Counsel of Record: |
|---|---|
| POTTER ANDERSON & CORROON LLP | BUCHANAN INGERSOLL & ROONEY PC |
| */s/ John A. Sensing* | */s/ Geoffrey G. Grivner* |
| Matthew E. Fischer (# 3092) | Geoffrey G. Grivner (# 4711) |
| John A. Sensing (# 5232) | 919 N. Market Street, Suite 1500 |
| Jesse L. Noa (# 5973) | Wilmington, DE  19801 |
| Hercules Plaza, 6th Floor | Telephone: (302) 552-4207 |
| 1313 North Market Street | Facsimile:  (302) 552-4295 |
| P.O. Box 951 | Email:  geoffrey.grivner@bipc.com |
| Wilmington, DE  19899 | |
| Telephone:  (302) 984-6000 | |
| Facsimile:  (302) 658-1192 | |
| E-mail:  mfischer@potteranderson.com      jsensing@potteranderson.com      jnoa@potteranderson.com | |

Dated: November 16, 2017

**IT IS SO ORDERED**, on this _____ day of November, 2017.

```
                                    _____
                                    Chief Judge Leonard P. Stark
```